NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC.,**

*Plaintiffs / Counterclaim Defendants-Appellants*

**HISILICON TECHNOLOGIES CO., LTD.,**

*Counterclaim Defendant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA INC.,**

*Defendants / Counterclaimants-Appellee*

**SAMSUNG RESEARCH AMERICA,**

*Defendant-Appellee*

---

2018-1979

---

Appeal from the U.S. District Court for the Northern District of California, No. 3:16-cv-02787-WHO, Judge William H. Orrick, III.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, O'MALLEY and HUGHES, *Circuit Judges*.

PER CURIAM.

# O R D E R

The appellants, Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc., have moved to dismiss this appeal and remand the case to the district court. The appellees, Samsung Electronics Co., Ltd., Samsung Electronics America Inc., and Samsung Research America, do not oppose the motion. The motion is granted, in part.

The case is remanded to the district court for the limited purpose of considering Huawei's motion for vacatur. This court takes no position regarding the merits of that motion.

The appeal will be held in abeyance pending the resolution of the motion for vacatur by the district court. Pursuant to FRAP 12.1(b), the parties are directed to notify the Clerk of the Court within fourteen days of entry of the district court's decision regarding the motion for vacatur.

FOR THE COURT

March 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court